**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL SHEBANOW, as Representative and Executor of the ESTATE OF MICHAEL S. SHEBANOW,<br><br>                Plaintiff,<br><br>vs.<br><br>FIRST MAGNUS FINANCIAL CORP. et al.,<br><br>                Defendants. | 3:10-cv-00765-RCJ-VPC<br><br>**ORDER** |

Plaintiff Paul Shebanow ("Paul") sued several Defendants on behalf of the Estate of Michael S. Shebanow, his deceased father, over the foreclosure of a home owned by the Estate (the "Property"). Paul, the representative and executor of the Estate, also rented the Property, which is located at 3379 Forest View Lane in Reno, Nevada. Based on Plaintiff's claim that there was no default, the Court granted Plaintiff's Motion for Temporary Restraining Order (ECF No. 11) to prevent a trustee's sale on the Property that was scheduled for January 5, 2011. The Court also ordered that "before January 1, 2011, Plaintiff's counsel shall enter into the record his client's or his own affidavit attesting as to whether the Property is in probate in this or any other state, the answer to which may affect the Court's jurisdiction." The Court issued that order because if the Property were in probate, the Court would likely lack jurisdiction over the case in whole or in part. *See Marshall v. Marshall*, 547 U.S. 293, 312 (2006); *Markham v. Allen*,

1  326 U.S. 490, 494 (1946).

2      Plaintiff's counsel did not comply with the Court's order to attest as to whether the
3  Property was in probate.  The Court therefore dismissed the case under Rule 41(b).  Defendants
4  have now moved for the Court to expunge the lis pendens on the Property.  Plaintiff has not
5  responded.

6  **CONCLUSION**

7      IT IS HEREBY ORDERED that the Motion to Expunge Lis Pendens (ECF No. 28) is
8  GRANTED.  The lis pendens on the property related to the present federal lawsuit, and no other
9  lis pendens, if any, is EXPUNGED.

10     IT IS SO ORDERED.

12 Dated this 12th day of July, 2011.

_____
ROBERT C. JONES
United States District Judge