Robert R. Hager, NV State Bar No. 1482
Treva J. Hearne, NV State Bar No. 4450
**HAGER & HEARNE**
245 E. Liberty - Suite 110
Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
Email: rhager@hagerhearnelaw.com
thearne@hagerhearnelaw.com

*Attorneys for Plaintiffs*

```
                    FILED              RECEIVED
                    ENTERED            SERVED
                           COUNSEL/PARTIES OF REC...

                        JUL 2 6 2011

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
              BY:
                                         DEPUTY
```

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL S. SHEBANOW, deceased, and PAUL SHEBANOW, as representative and executor of MICHAEL S. SHEBANOW's Estate,<br><br>Plaintiff,<br><br>v.<br><br>FIRST MAGNUS FINANCIAL CORPORATION, FIRST AMERICAN TITLE COMPANY OF NEVADA, BANK OF AMERICA, N.A., RECONTRUST COMPANY, N.A, COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendants. | Case No. 3:10-CV-00765-RCJ-VPC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

The undersigned hereby withdraws as Counsel of Record for Plaintiff, MICHAEL S. SHEBANOW, deceased, and PAUL SHEBANOW, as representative and executor of MICHAEL S. SHEBANOW's Estate, in the above-entitled action. Any and all future documentation in this case may be sent to Plaintiff at his last known address of: P.O. Box 2025, La Mesa, CA 91943.

1

DATED this __18th__ day of July, 2011.

                                                                    /s/ *Treva J. Hearne*
                                                                    ROBERT R. HAGER, ESQ. # 1480
                                                                    TREVA HEARNE, ESQ., #4450
IT IS SO ORDERED                              **HAGER & HEARNE**
*Valerie P. Cooke*                              245 E. Liberty St., Suite 110
U.S. MAGISTRATE JUDGE                 Reno, NV 89501
                                                                    (775) 329-5800
DATED: July 24, 2011

## CERTIFICATE OF SERVICE

I certify that I am an employee of HAGER & HEARNE, and that on today's date I sent for delivery via US Mail, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL addressed to:

Estate of Michael S. Shebanow
P.O. Box 2025
La Mesa, CA 91943

DATED this __18th__ day of July, 2011.

                                                                    /s/ *Jesse Brackney*
                                                                    **JESSE BRACKNEY**